UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WENDY WYLER, | : |
|       Plaintiff, | :   CIVIL ACTION NO.<br>:   3:12-CV-00097 (RNC) |
| V. | : |
| CONNECTICUT STATE UNIVERSITY SYSTEM; SOUTHERN CONNECTICUT STATE UNIVERSITY; DAVID CHEVAN, Individually; STANLEY BATTLE, Individually; and JONATHAN IRVING, Individually | : <br>: <br>: <br>: <br>:   JUNE 21, 2013 |
|       Defendants. | : |

## AFFIDAVIT OF COUNSEL

*STATE OF CONNECTICUT*    )
                                    )    *ss: Southport*
*COUNTY OF FAIRFIELD*     )

    ***Scott R. Lucas***, being duly sworn, hereby deposes and says:

1. I am over the age of 18 and believe in the obligation of an oath to tell the truth.

2. I make this affidavit based upon my personal knowledge.

3. On June 3, 2013, defendants Connecticut State University System and Southern Connecticut State University noticed plaintiff's deposition for July 11, 2013.

4. Incident thereto, this firm contacted David Schaefer, counsel for defendant David Chevan, to request that defendant Chevan not be in attendance due to the potential additional emotional harm his presence would have on plaintiff.

5. Counsel for Chevan stated defendant Chevan intended to be present.

6. By email dated June 5, 2013, this office offered alternatives to Chevan's physical attendance, such as having him observe remotely via telephone or Skype, or by sequestering him so there would be no physical interaction and no communication with plaintiff, while allowing

his counsel periodic breaks to confer with him. (See email attached hereto as Exhibit 1.)

7. By email dated June 12, 2013, Chevan's counsel stated those proposals were unacceptable. (Id.)

8. Plaintiff's psychiatrist was also consulted on this issue and strongly advises against Chevan's attendance. (See letter attached hereto as Exhibit 2.)

9. Accordingly, notwithstanding plaintiff's good-faith attempts to resolve this dispute without Court intervention, this dispute remains unresolved.

10. The attorneys' fees expended in connection with this Motion are as follows

| *Attorney* | *Hours* | *Rate* | *Total* |
|---|---|---|---|
| Scott R. Lucas | 9.7 | $475 | $4,607.50 |
| Jeffrey S. Bagnell | 2.0 | $475 | $ 950.00 |
| | | | $5,557.50 |

Scott R. Lucas

Subscribed and sworn to before me
this 21st day of June, 2013

Notary Public:
My Commission Expires:

Bonnie K. Ford-Wojna
Notary Public-Connecticut
My Commission Expires
January 31, 2017

2