UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| **WENDY WYLER,** | : |
| | : |
| **Plaintiff,** | :   CASE NO. 3:12CV97 (RNC) |
| | : |
| **V.** | : |
| | : |
| **CONNECTICUT STATE UNIVERSITY SYSTEM, SOUTHERN CONNECTICUT STATE UNIVERSITY, DAVID CHEVAN, STANLEY BATTLE, and JONATHAN IRVING.** | : |
| | : |
| **Defendants.** | : |

## JUDGMENT

This action having come on for consideration of the defendants' motion for summary judgment dkt. # [105], before the Honorable Robert N. Chatigny, United States District Judge, and

The Honorable Robert N. Chatigny having considered the motion and the full record of the case including applicable principles of law and issued a Ruling and Order dkt. # [124] granting the motion for summary judgment. David Chevan having been previously terminated; it is therefore

**ORDERED, ADJUDGED AND DECREED** that judgment enter for the defendants Connecticut State University System, Southern Connecticut State University, Stanley Battle, and Jonathan Irving against the plaintiff Wendy Wyler.

Dated at Hartford, Connecticut, this 30th day of March, 2015.

ROBERTA D. TABORA, Clerk

By   /s/ TG                        
     Terri Glynn
     Deputy Clerk

EOD: 3/30/15