**MANDATE**



# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

_____

      At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 30th day of June, two thousand and fifteen.

_____

Wendy Wyler,

      Plaintiff - Appellant,

v.

Connecticut State University System, Southern Connecticut State University, Stanley Battle, Jonathan Irving,

      Defendants - Appellees,

David Chevan,

      Defendant.

_____

**ORDER**
Docket No. 15-1158

      The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to Local Rule 42.1.

      The stipulation is hereby "So Ordered".

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

**MANDATE ISSUED ON 07/27/2015**